UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-6479-MWF(MRWx)**                               Dated: **June 28, 2017**

Title:      Lisa Schoenberg -*v*- Anthem Life Insurance Company

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                    None Present
    Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE

    In light of the Notice of Settlement filed June 26, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 31, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk  __cw__
CIVIL - GEN